1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DIVISION

11

12    ANDREW DEJILLO,                          Case No.  5:15-cv-03080-HRL

            Plaintiff,
13
                                               **ORDER REFERRING CASE TO ADR
       v.
14                                             UNIT FOR ASSESSMENT TELEPHONE
                                               CONFERENCE**
      WELLS FARGO BANK, N.A., et al.,
15
            Defendants.
16

17          Pursuant to Civil Local Rule 16-8 and ADR Local Rule 2-3, the court refers this

18    foreclosure-related action to the Alternative Dispute Resolution (ADR) Unit for a telephone

19    conference to assess this case's suitability for mediation or a settlement conference.  Plaintiff's

20    and defendants' counsel shall participate in a telephone conference, to be scheduled by the ADR

21    Unit as soon as possible but no later than **August 10, 2015**.

22
            Plaintiff's and defendants' counsel shall be prepared to discuss the following subjects:
23
                (1) Identification and description of claims and alleged defects in loan documents.
24
                (2) Prospects for loan modification.
25
                (3) Prospects for settlement.
26
            The parties need not submit written materials to the ADR Unit for the telephone
27
      conference.
28

United States District Court
Northern District of California

United States District Court
Northern District of California

1    In preparation for the telephone conference, plaintiff shall do the following:

2        (1) Review relevant loan documents and investigate the claims to determine whether

3            they have merit.

4        (2) If plaintiff is seeking a loan modification to resolve all or some of the claims,

5            plaintiff shall prepare a current, accurate financial statement and gather all of the

6            information and documents customarily needed to support a loan modification

7            request.  Further, plaintiff shall immediately notify defendants' counsel of the

8            request for a loan modification.

9        (3) Provide counsel for defendants with information necessary to evaluate the

10           prospects for loan modification, in the form of a financial statement, worksheet or

11           application customarily used by financial institutions.

12       (4) In preparation for the telephone conference, counsel for defendants shall do the

13           following.

14       (5) If defendants are unable or unwilling to do a loan modification after receiving

15           notice of plaintiff's request, counsel for defendants shall promptly notify plaintiff to

16           that effect.

17       (6) Arrange for a representative of each defendant with full settlement authority to

18           participate in the telephone conference.

19   The ADR Unit will notify the parties of the date and time that the telephone conference

20   will be held. After the telephone conference, the ADR Unit will advise the court of its

21   recommendation for further ADR proceedings.

22       SO ORDERED.

23   Dated:  July 13, 2015

24   _____

25   HOWARD R. LLOYD
     United States Magistrate Judge

2

1   5:15-cv-03080-HRL Notice has been electronically mailed to:

2   Armine Singh      armine@lawofficesofalg.com

3

4   Viddell Lee Heard , Jr      vheard@afrct.com, AFRCTECF@afrct.com, ghernandez@afrct.com, jashley@afrct.com

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

3